# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-mj-00079-NJK |
| Plaintiff, | ORDER |
| v. | (Docket No. 12) |
| JULIO ALVAREZ LOPEZ, | |
| Defendant. | |

Pending before the Court is a motion asking the Court to hold a hearing so that defense counsel can determine whether Defendant has retained a different attorney and the identity of that other attorney. Docket No. 12. "An attorney who has appeared for a party must be recognized by the court and all parties as having control of the client's case." Local Rule IA 11-6(a). At this juncture, Attorney Mula is counsel of record for Defendant and a hearing does not appear to be warranted to question that status. Accordingly, the motion to hold a hearing is **DENIED** without prejudice.

IT IS SO ORDERED.

DATED: February 16, 2024

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE